UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE BIRKS, | NO. EDCV 08-973-AG(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| DANIEL E. WILLIAMSON, Attorney General, et al., | |
| Respondents. | |

Pursuant to the concurrently filed Memorandum and Order, IT IS HEREBY ADJUDGED THAT the petition is denied and dismissed.

DATED: Aug 25, 2008

ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE